UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ROBERT HAMPTON III, | ) |
| --- | --- |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Case No. 10-1061 (RJL) |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 17 day of February 2011, it is hereby

**ORDERED** that defendants' Motion to Dismiss [#4] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge